IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. PATTERSON,

        Plaintiff,                    No. CIV S-12-0198 EFB P

    vs.

KERN COUNTY SHERIFF'S OFFICER,

        Defendant.             <u>ORDER</u>

                                    /

        Plaintiff is a county prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests leave to proceed *in forma pauperis*.

        Plaintiff alleges a violation of his civil rights in Kern County, California.  Kern County is in the Fresno Division of this court and the action should have been commenced there.  *See* Local Rule 120(d).  The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

        Accordingly, it is hereby orderd that:

        1. This action is transferred to the Fresno Division.

        2. The Clerk of Court shall assign a new case number.

////

////

1

1   3. All future filings shall bear the new case number and shall be filed at:

2        United States District Court
          Eastern District of California
3        2500 Tulare Street
          Fresno, CA 93721

4

5   DATED: January 30, 2012.

6   _____
    EDMUND F. BRENNAN
7   UNITED STATES MAGISTRATE JUDGE

2